IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

CHANCE SLISZ, )
 )
    Petitioner, )
 )
v. ) Case No. CIV-15-209-M
 )
GREER COUNTY, )
 )
    Respondent. )

## ORDER

On April 27, 2015, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action. The Magistrate Judge recommended that based upon petitioner's failure to pay the filing fee or submit an application for leave to proceed in forma pauperis, this action should be dismissed without prejudice. Petitioner was advised of his right to object to the Report and Recommendation by May 17, 2015. A review of the file revels no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 6] issued by the Magistrate Judge on April 27, 2015; and

(2) DISMISSES this action without prejudice based upon petitioner's failure to pay the filing fee or submit an application for leave to proceed in forma pauperis.

**IT IS SO ORDERED this 28th day of May, 2015.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE